UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAULA SPURRIER,<br><br>        Plaintiff,<br><br>v.<br><br>HENRY SCHIEN, INC.,<br><br>        Defendant. | Case No. 3:22-CV-00344-RCJ-CLB<br><br>**AMENDED ORDER GRANTING MOTION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY**<br><br>[ECF No. 6] |

   This amended order supersedes and replaces the order, (ECF No. 8), entered on August 16, 2022. Plaintiff Paula Spurrier's motion for permission to file electronically, (ECF No. 6), is **GRANTED**. In order for Plaintiff to file documents electronically, he will be required to register and maintain a CM/ECF account which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Plaintiff shall also become familiar with the Local Rules regarding Electronic Case Filing Procedures that are accessible on the website. Plaintiff is instructed that this order granting him permission to file on CM/ECF is applicable only to this case.

**DATED**: August 18, 2022.

                              _____
                              UNITED STATES MAGISTRATE JUDGE