UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PAULA SPURRIER,<br><br>                        Plaintiff,<br><br>  v.<br><br>HENRY SCHEIN, INC., *et al.*,<br><br>                       Defendants. | Case No. 3:22-cv-00344-RCJ-CLB<br><br>**ORDER GRANTING MOTION<br>TO AMEND COMPLAINT**<br><br>[ECF No. 7] |

      Before the Court is Plaintiff's first motion to amend complaint. (ECF No. 7.) No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.

      Therefore, Plaintiff's first motion for leave to amend complaint, (ECF No. 7) is **GRANTED**. The Clerk shall **DETACH** and **FILE** the amended complaint attached to the motion to amend as Attachment 1. An answer or other response shall be filed 30 days from the date of this order.

**DATED**: August 31, 2022.

_____
UNITED STATES MAGISTRATE JUDGE