```
KARYN M. TAYLOR, Bar # 6142
LUKE W. MOLLECK, Bar # 14405
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501-1944
Telephone:    775.741.2185
Fax No.:      775.204-9158
Email:        kmtaylor@littler.com
              lmolleck@littler.com

JAMES F. HORTON, NY Bar # 5091350
(Pro Hac Vice)
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY  10022-3298
Telephone: 212.583.2688
Fax No.: 212.832.2719
Email: jfhorton@littler.com

Attorneys for Defendant
HENRY SCHEIN, INC.
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAULA SPURRIER,<br><br>                    Plaintiff,<br><br>vs.<br><br>HENRY SCHEIN, INC.,<br><br>                    Defendant. | Case No.  3:22-cv-00344-RCJ-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE REPLY TO MOTION FOR SANCTIONS**<br><br>**[FIRST REQUEST]** |

Plaintiff PAULA SPURRIER (hereinafter "Plaintiff") and Defendant HENRY SCHEIN, INC. (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to file a Reply to Plaintiff's Motion for Sanctions pursuant to Federal Rule of Civil Procedure 12(b)(6), (ECF No. 36), from the current deadline of January 26, 2023, until up to and including **February 24, 2023**.  There is good cause for entering

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

4873-5905-7229.1 / 052225-1224

into this stipulation as the parties are in the process of negotiating a potential settlement of the matter.

This is the first request for an extension of time with respect to Defendant's Reply. The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

Dated: January 26, 2023

Respectfully submitted,

/s/ Paula Spurrier
PAULA SPURRIER

*Plaintiff Pro Se*

Dated: January 26, 2023

Respectfully submitted,

/s/ Luke W. Molleck
KARYN M. TAYLOR, ESQ. (#6142)
LUKE W. MOLLECK, ESQ. (#14405)
JAMES F. HORTON, ESQ. (NY Bar #5091350)
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*

**IT IS SO ORDERED.**

**DATED:** January 26, 2023

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

4873-5905-7229.1 / 052225-1224