KARYN M. TAYLOR, Bar # 6142
LUKE W. MOLLECK, Bar # 14405
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV  89501-1944
Telephone:    775.741.2185
Fax No.:       775.204-9158
Email:          kmtaylor@littler.com
                    lmolleck@littler.com

JAMES F. HORTON, NY Bar # 5091350
*(Pro Hac Vice)*
LITTLER MENDELSON, P.C.
900 Third Avenue
New York, NY  10022-3298
Telephone: 212.583.2688
Fax No.: 212.832.2719
Email:  jfhorton@littler.com

Attorneys for Defendant
  HENRY SCHEIN, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PAULA SPURRIER,<br><br>            Plaintiff,<br><br>vs.<br><br>HENRY SCHEIN, INC.,<br><br>            Defendant. | Case No. 3:22-cv-00344-RCJ-CLB<br><br>**STIPULATION AND ORDER DISMISSING ACTION IN ITS ENTIRETY WITH PREJUDICE** |

Defendant HENRY SCHEIN, INC., and Plaintiff PAULA SPURRIER, by and through Defendant's respective counsel of record and Plaintiff *Pro Se*, hereby stipulate and respectfully request an order dismissing this action in its entirety with prejudice.

///

///

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia St., 8th Floor
Reno, NV 89501-1944
702.862.8800

4886-1631-8289.1 / 052225-1224

The parties agree that no party to this stipulation shall be deemed to be a prevailing party in this action and that each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: February 17, 2023

Respectfully submitted,

*/s/ Paula Spurrier*
PAULA SPURRIER

*Plaintiff Pro Se*

Dated: February 17, 2023

Respectfully submitted,

*/s/ Luke W. Molleck*
KARYN M. TAYLOR, ESQ.
LUKE W. MOLLECK, ESQ.
JAMES F. HORTON, ESQ.

LITTLER MENDELSON, P.C.

Attorneys for Defendant
HENRY SCHEIN, INC.

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE

DATED: February 17 , 2023

LITTLER MENDELSON, P.C.
Attorneys At Law
200 S. Virginia St., 8th Floor
Reno, NV 89501-1944
702.862.8800

4886-1631-8289.1 / 052225-1224